**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYQUAN MARKISE FOSTER,<br><br>                    Petitioner,<br><br>          v.<br><br>CHARLES SCHUYLER, Acting Warden,[1]<br><br>                    Respondent. | Case No. 2:23-cv-10926-SPG-PVC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, (ECF No. 1), filed by Petitioner Tyquan Markise Foster ("Petitioner"); Respondent's Motion to Dismiss, (ECF No. 18); all the records and files herein; and the Report and Recommendation of the United States Magistrate Judge, (ECF No. 28 ("Report")).  The time for filing Objections to the Report has passed and no Objections have been received.  Accordingly, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

---

[1] Charles Schuyler, Acting Warden at Salinas Valley State Prison (SVSP), where Petitioner is currently housed, is substituted for "People of the State of California," the Respondent named in the Petition.  Fed. R. Civ. P. 25(d)

1        IT IS ORDERED that the Motion to Dismiss is granted; Petitioner's Motion for

2    Appointment of Counsel, (ECF No. 26), is denied; the Petition is denied; and Judgment

3    shall be entered dismissing this action without prejudice.

4        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

5    Judgment herein on Petitioner at his address of record and on counsel for Respondent.

6        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

7

8    DATED:   August 20, 2024

9

10

11    _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28