JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYQUAN MARKISE FOSTER,<br><br>Petitioner,<br><br>v.<br><br>CHARLES SCHUYLER, Acting Warden,[1]<br><br>Respondent. | Case No. 2:23-cv-10926-SPG-PVC<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED:  August 20, 2024

_____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

---

[1] Charles Schuyler, Acting Warden at Salinas Valley State Prison (SVSP), where Petitioner is currently housed, is substituted for "People of the State of California," the Respondent named in the Petition.  Fed. R. Civ. P. 25(d).